# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2172

_____

Holli Lundahl

*Plaintiff - Appellant*

v.

Julie Gross, in her Official and Personal Capacities as Director for the State of
South Dakota Office of Rural Development; State of South Dakota Office of Rural
Development; Craig Steinley; Lance Lockwood, in his Official and Personal
Capacities as a Loan Specialist for the State of South Dakota Office of Rural Development

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Western

_____

Submitted: July 16, 2021
Filed: August 27, 2021
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Holli Lundahl appeals the district court's[1] orders striking her first amended complaint, dismissing her civil action related to a United States Department of Agriculture home loan program, and denying her post-judgment motions.

After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion by striking Lundahl's first amended complaint. See United States v. One Parcel of Prop. Located at RR 2, 959 F.2d 101, 104 (8th Cir. 1992) (district court's grant of motion to strike pleadings is reviewed for abuse of discretion). We also conclude that Lundahl's initial complaint was properly dismissed, see Roe v. Nebraska, 861 F.3d 785, 787 (8th Cir. 2017) (dismissals under Fed. R. Civ. P. 12(b)(6) are reviewed de novo); and that the district court acted within its discretion in denying her post-judgment motions, see Innovative Home Health Care, Inc. v. P.T.-O.T. Assocs., 141 F.3d 1284, 1286 (8th Cir. 1998) (denial of motion under Fed. R. Civ. P. 59(e) is reviewed for abuse of discretion). Accordingly, we affirm. See 8th Cir. R. 47B.

------------------------------------------------

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.